## John White vs. Inhabitants of Levant.

### Penobscot. Opinion January 17, 1887.

*Town agent, compensation of.*

A town agent can not maintain an action to recover compensation for his official services, unless the town has voted to pay him.

The statutes of the state annex no compensation to the office of town agent.

On motion to set aside the verdict.

Assumpsit for services and expenses as town agent.

*Barker, Vose and Barker,* for plaintiff.

Was the town of Levant, through its agents, justified in appearing with witnesses to show cause why the prayer of the petitioners should not be granted, and to pay for the town money necessary for the production of such witnesses, and the defense of the suit *Kenduskeag* v. *Levant?* For it is an elementary principle of law too familiar to repeat that " *qui facit per aliam qui facit per se,*" and that " advances made by an agent in the proper execution of a regular authority, are to be repaid by his principal, with this qualification, that the transaction out of which they arise is not of an illegal nature." Dunlap's Paley on Agency, 4th ed., and that the rule applies as well to municipal corporations as to individuals. *Sanborn* v. *Inhab. of Deerfield,* 2 N. H. 251; *Powell* v. *Trustees of Newburgh,* 19 Johns. 284.

*Jasper Hutchings* and *Charles Hamlin,* for the defendants, cited: Broom's Legal Maxim's, *170; *Otis* v. *Stockton,* 76 Maine, 506; Dil. Mun. Corp. § 230; *Sikes* v. *Hatfield,* 13 Gray, 347; *Farnsworth* v. *Melrose,* 122 Mass. 268; *Farwell* v. *Rockland,* 62 Maine, 296; *Miller* v. *Whittier,* 36 Maine, 577.

Walton, J. The only question we find it necessary to consider is whether one who has accepted a town office to which neither the legislature nor the town has annexed any compensation, can maintain an action to recover compensation for his

official services.   It is well settled that he can not.   The compensation of some town officers is provided for by statute. The compensation of assessors, selectmen, and overseers of the poor, is thus provided for.   R. S., c. 6, § 102.   Such compensation may of course be recovered, whether the town is willing to pay it or not.   So, if the town has expressly voted a compensation.   But in the absence of any such statute or vote, no compensation can be recovered.   *Talbot* v. *East Machias*, 76 Maine, 415; *Sikes* v. *Hatfield*, 13 Gray, 347; *Walker* v. *Cook*, 129 Mass. 578; Dillon's Mun. Corp, (2d ed.) § 169.

The plaintiff has obtained a verdict on a claim made up largely of charges for his official services as town agent. Unfortunately for him, neither the town nor the legislature has annexed any compensation to his office.   The verdict, therefore, is contrary to law, and must be set aside.

> *The motion is sustained, the verdict set aside, and a new trial granted.*

PETERS, C. J., DANFORTH, EMERY, FOSTER and HASKELL, JJ., concurred.